IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. 3:12MC173

IN RE:  OFFICIAL COURT CLOSINGS

    THIS MATTER is before the Court upon its own motion pertaining to the closing of court for regular business per the directive of November 13, 2012, from Judge Thomas F. Hogan, Director of the Administrative Office of the U.S. Courts.

    The United States District Court for the Western District of North Carolina and all related court agencies will be closed on Thursday, November 22, 2012, and on Friday, November 23, 2012, for the Thanksgiving holiday.

    The court will be closed on December 24, 2012, and December 25, 2012, for the Christmas holiday.

    The Court will also be closed on December 31, 2012, and on January 1, 2013, for the New Year's holidays.

    IT IS SO ORDERED THIS   15th   DAY OF NOVEMBER, 2012.

Robert J. Conrad, Jr., Chief
U.S. District Judge